UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

MELISSA LUCAS AND
JOBS FIRST INDEPENDENT EXPENDITURE
POLITICAL ACTION COMMITTEE

*Plaintiffs*

v.

Civil Action No.:
1:14-CV-14338-NMG

MARTHA COAKLEY AND
BRIAN MANNAL

*Defendants*

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON YOUNGER ABSTENTION GROUNDS

NOW COMES Brian Mannal ("Defendant" hereinafter), who respectfully moves this Court to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1). The Younger abstention doctrine mandates that Plaintiffs' Complaint be dismissed and that the Clerk Magistrate of the Falmouth District Court be permitted to convene the previously scheduled (and currently pending) Clerk's Hearing in relation to Defendant's Application for a Criminal Complaint against Plaintiffs for violation of M.G.L. c. 56, §42.

A fuller and more detailed statement of the grounds for this Motion are set forth in the Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint on Younger Abstention Grounds, filed herewith. Defendant respectfully requests an oral argument on this motion on December 17, 2014.

Dated: December 15, 2014

Respectfully Submitted,

*/s/ Brian Mannal*

Brian R. Mannal, Esquire
BBO # 672667
297 North Street, Suite 230
One Financial Place, Bld. 2, 3rd Fl.
Hyannis, MA 02601
(508) 775-1177
brianmannal@gmail.com