# United States Court of Appeals
## For the First Circuit

_____

No. 14-2349

JOBS FIRST INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE

Plaintiff - Appellant

MELISSA LUCAS

Plaintiff

v.

MARTHA J.COAKLEY, Attorney General for the Commonwealth of Massachusetts;
BRIAN MANNAL

Defendants – Appellees
_____

No. 14-2350

MELISSA LUCAS

Plaintiff - Appellant

JOBS FIRST INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE

Plaintiff

v.

MARTHA J. COAKLEY, Attorney General for the Commonwealth of Massachusetts;
BRIAN MANNAL

Defendants - Appellees
_____

**JUDGMENT**

Entered: March 5, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter Horstmann
Amy Spector
Brian Mannal