# United States Court of Appeals
## For the First Circuit

No. 14-2349

JOBS FIRST INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE

Plaintiff - Appellant

MELISSA LUCAS

Plaintiff

v.

MARTHA J. COAKLEY, Attorney General for the Commonwealth of Massachusetts; BRIAN MANNAL

Defendants - Appellees

No. 14-2350

MELISSA LUCAS

Plaintiff - Appellant

JOBS FIRST INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE

Plaintiff

v.

MARTHA J. COAKLEY, Attorney General for the Commonwealth of Massachusetts; BRIAN MANNAL

Defendants - Appellees

**MANDATE**

Entered: March 5, 2015

In accordance with the judgment of March 5, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter Charles Horstmann
Brian R. Mannal
Amy Spector