UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

JOBS FIRST INDEPENDENT EXPENDITURE
POLITICAL ACTION COMMITTEE and
MELISSA LUCAS,

*Plaintiffs*

v.                                                                 Civil Action No.: 14-14338

BRIAN MANNAL

*Defendant*

## DEFENDANT MANNAL'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), and Local Rule 7.1, Defendant Brian Mannal respectfully moves this Honorable Court to dismiss Counts III, IV, and VI of the Plaintiffs' First Amended Complaint, and thereby, dismiss the Plaintiffs' case in the entirety, for failure to state a claim upon which relief may be granted. The grounds for the motion are set forth in an accompanying memorandum of law.

Dated: April 18, 2017

Respectfully submitted,

/s/ Brian R. Mannal, Esq.
Brian R. Mannal, Esq.
Pro Se Defendant
BBO#: 672669
P.O. Box 2241
Hyannis, MA 02601
Telephone: 508-367-0255
Email: brianmannal@gmail.com

**Certification Pursuant to Local Rule 7.1(A)(2)**

I certify that I conferred with plaintiffs' counsel prior to the filing of this motion, and that said counsel has indicated that he will not oppose the dismissal of the case, and that he will separately file a pleading assenting to the dismissal but noting that the Defendant's arguments have already been denied.

/s/ Brian R. Mannal, Esq.
Brian R. Mannal, Esq.

*Motion denied as moot.*
*NMGorton, USDJ 2/1/18*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion, filed electronically through the Court's electronic case filing system on April 18, 2017, will be sent electronically to all parties registered on the Court's electronic filing system, and paper copies of the motion will be sent by first class mail, postage pre-paid, to Attorney Peter Horstmann, i.e., attorney of record for Melissa Lucas and the Jobs First Independent Expenditure Political Action Committee.

/s/ Brian R. Mannal, Esq.
Brian R. Mannal, Esq.